UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MIRIAM ABER,

                           Plaintiff,         **MEMORANDUM AND ORDER**

        -against-                              09-CV-490 (ILG)

AMERICAN SECURITY INSURANCE
COMPANY,

                           Defendant.
------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

        Currently pending before the Court is a motion by defendant American Security Insurance Company ("defendant"), pursuant to Rule 19 of the Federal Rules of Civil Procedure, to compel joinder of Nuchem Aber (husband of plaintiff Miriam Aber) as a plaintiff. The Court is not persuaded that Nuchem Aber is a necessary party within the meaning of Rule 19. Plaintiff's motion is therefore denied. However, pursuant to this Court's endorsed order entered this past Friday, June 26, 2009, defendant has until today to file a third-party complaint and may thus add Nuchem Aber as a third-party defendant.

        **SO ORDERED.**

Dated:    Brooklyn, New York
             June 30, 2009

                                                        **ROANNE L. MANN**
                                                        **UNITED STATES MAGISTRATE JUDGE**