UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIRIAM ABER,

                       Plaintiff,

        vs.

AMERICAN SECURITY INSURANCE
COMPANY

                    Defendant.
-------------------------------------------------------------X
AMERICAN SECURITY INSURANCE
COMPANY,

                    Third-Party Plaintiff,

        vs.

NUCHEM ABER

                    Third-Party Defendant.
-------------------------------------------------------------X

Docket No. 09-CV-490 (ILG/RLM))

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that upon the annexed Motion of Johnathan C. Lerner, Esq., dated January 21, 2010, and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Roann L. Mann, United States Magistrate Judge for the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and time to be designated by the Court, for an Order to allow the law office of the undersigned, attorneys for the plaintiff herein, to be relieved from any and all further representation of the plaintiff herein, and for such other, further and different relief as this Court may deem just and proper.

ABRAHAM, LERNER
& ARNOLD, LLP
ATTORNEYS AT LAW

Dated:    New York, New York
              January 21, 2010

Yours, etc.

ABRAHAM, LERNER & ARNOLD, LLP
Attorneys for Plaintiff

By: _____
      Johnathan C. Lerner (JL - 5754)
292 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 686-4655

TO:    MIRIAM ABER
       Plaintiff
       5510 13th Avenue
       Brooklyn, New York 11219

       LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO
       Attorneys for Defendant/Third-Party Plaintiff
       420 Lexington Avenue, Suite 2900
       New York, New York 10170
       (212) 319-6898

       NUCHEM ABER
       Third-Party Defendant Pro Se
       1174 41st Street
       Brooklyn, New York 11219

ABRAHAM, LERNER
& ARNOLD, LLP
ATTORNEYS AT LAW