# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS (INDIVIDUAL OR CORPORATION)

### FORM 8002 (short version), FORM 8007 (long version)

CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.

*THIS INDENTURE,* made the JUNE ⁴⁄ 2009,

*BETWEEN* MIRIAM ABER, of 1161 41ST STREET, BROOKLYN, New York 11218,

party of the first part, and

ZMA 42 LLC of 1555 47th STREET, BROOKLYN, New York 11219,

party of the second part;

*WITNESSETH,* that the party of the first part, in consideration of Ten Dollars and No Cents ($10.00), lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever;

*ALL* that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Kings, City and State of New York, with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof as more fully described in Schedule "A" attached hereto and made a part hereof,

*TOGETHER* with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

*TO HAVE AND TO HOLD* the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

*AND* the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

*AND* the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

*IN WITNESS WHEREOF,* the party of the first part has duly executed this deed the day and year first above written.

NYSBA's Residential Real Estate Forms (9/00) © 2005 Matthew Bender & Co., a member of the LexisNexis Group.

Mutual Land Abstract, LLC as agent for:
Old Republic National Title Insurance Company
Title #:   MLA 1193K
Premises:1037 42nd Street, Brooklyn, NY

## LEGAL DESCRIPTION

### LAND DESCRIPTION

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate and lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

**BEGINNING** at a point on the northeasterly side of42nd Street distant 327 feet 8 inches northwesterly from the corner formed by the intersection of the northeasterly side of 42nd Street with the northwesterly side of Fort Hamilton Parkway;

**RUNNING THENCE** northeasterly at right angles to 42nd Street, 100 feet 2 inches to the center line of the block between 41st and 42nd Street;

**THENCE** northwesterly along the center line of the block, 33 feet 4 inches;

**THENCE,** southwesterly at right angles to 42nd Street 100 feet 2 inches to the northeasterly side of 42nd Street;

**THENCE** southeasterly along the northeasterly side of 42nd Street, 33 feet 4 inches to the point or place of **BEGINNING.**

**For Information Only:**
**Said premises also known as1037 42nd Street, Brooklyn, New York**
**County: Kings     Block: 5591     Lot: 53**

*MIRIAM ABER BY ZORA ASAHAKH, AS HER ATTY IN FACT*
*MIRIAM ABER*

*IN PRESENCE OF:*

_____

Acknowledgment by a Person Within New York State (RPL § 309-a)

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ___KINGS___    )

On the __4__ day of ___JUNE___ in the year __2009__, before me, the undersigned, personally appeared _ZALMAN ASHKANZI_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that ___HE___ executed the same in ___HIS___ capacity(ies), and that by ___HIS___ signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

STANLEY HOLCDORF
Notary Public. State of New York
No. 01H06059267
Qualified in Richmond County
Commission Expires May 29, 2011

**SEAL**

*RECORD & RETURN TO*

*ZMA 42 LLC*
*1555 41ᵗʰ STREET*
*BROOKLYN, N.Y. 11219*