UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Docket No. 09-CV-490 (ILG)
MIRIAM ABER,

**NOTICE OF MOTION FOR**
**ENTRY OF DEFAULT**

                         Plaintiff,

-against-

AMERICAN SECURITY INSURANCE COMPANY,

                         Defendant.
-------------------------------------------------------------------X
AMERICAN SECURITY INSURANCE COMPANY,

              Third Party Plaintiff,
-against-

NUCHEM ABER,

              Third Party Defendant.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Motion of Francis F. Quinn, Esquire, dated February 8, 2010, the exhibits attached thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Roanne Mann at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York.11201 on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 55(a), and for such other, further and different relief as this Court may deem just and proper.

Dated: New York, New York
       February 8, 2010

                                                   Lavin, O'Neil, Ricci, Cedrone & DiSipio

                                     By: _____
                                            Francis F. Quinn, Esq.
                                            Attorneys for Defendant
                                            American Security Insurance Company
                                            420 Lexington Avenue, Suite 2900
                                            New York, New York 10170
                                            (212) 319-6898
                                            Our File No. 0591-94910

TO:    Johnathan C. Lerner, Esq.
Abraham, Lerner & Arnold, LLP
Attorneys for Plaintiff
292 Madison Avenue, 22nd Floor
New York, New York 10017
212-686-4655