Form 63 - DOOR WITH MILITARY, MAILING                                                      K

**LAVIN, ONEIL, RICCI, CEDRONE & DISIPIO, ESQS.**   LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO, ESQS.
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

---

MIRIAM ABER

                     PLAINTIFF

— vs —

AMERICAN SECURITY INSURANCE COMPANY

                     DEFENDANT

index No. 09 CV 00490
Date Filed

Office No. **0591-94910**
Court Date.

---

AMERICAN SECURITY INSURANCE COMPANY    THIRD-PARTY PLAINTIFF

— vs —

NUCHEM ABER    THIRD-PARTY DEFENDANT

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**AZZAM N ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **15th day of September, 2009 at 7:09 PM at**
**1174 41ST ST., BROOKLYN, NY 11218**
deponent attempted to make personal service of a true copy of the
**3RD PARTY SUMMONS & COMPLAINT,**
in the above entitled action upon **NUCHEM ABER,**
**the THIRD-PARTY DEFENDANT** therein named. Deponent made prior diligent efforts to effect personal service upon said **THIRD-PARTY DEFENDANT** at the above address, to wit: 09/10/2009 12:56 PM 09/14/2009 7:03 AM
Deponent spoke to "JOHN" MEAH NEIGHBOR AT 1178 41ST ST, BROOKLYN, NY WHO REFUSED FIRST NAME who stated said **THIRD-PARTY DEFENDANT** resides there.
That personal service could not be made with due diligence upon the said **THIRD-PARTY DEFENDANT** and therefore deponent on the **15th day of September, 2009 at 7:09 PM at** the above address, served a true copy of the aforementioned document(s) herein upon the said
**THIRD-PARTY DEFENDANT NUCHEM ABER,**
by affixing the same to the door of **THIRD-PARTY DEFENDANT** said residence since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.
That at the time of service as aforesaid, I asked person spoken to whether the **THIRD-PARTY DEFENDANT** was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **THIRD-PARTY DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statues of the State of New York, or the Federal Soldiers and Sailors Civil Relief Act.
**08/11/2009 Postal Tracer sent for verification.**

Sworn to before me this
17TH day of SEPTEMBER, 2009

BRETT GOLUB
Notary Public, NASSAU COUNTY
01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

AZZAM N ABDERRAHMAN 0820996
AETNA CENTRAL JUDICIAL SERVICES
255 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-LORCD-18900

---

STATE OF NEW YORK, COUNTY OF NEW YORK

**KENNETH WISSNER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **17th day of September, 2009** I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said THIRD-PARTY DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**the last known residence, usual place of abode of the THIRD-PARTY DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
17TH day of SEPTEMBER, 2009
BRETT GOLUB
Notary Public, NASSAU COUNTY
01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

KENNETH WISSNER 721352
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, STE# 1802, NEW YORK, NY 10007
Reference No: 7-LCORD-18900

**UNITED S**
**POSTAL SE**
This Certificate of Mailing provides ev
This form may be used for domestic a

From:

  00  /AJS
SUITE 1802
225 BROADWAY
NEW YORK NY 10007

To:

LORCD-79
NUCHEM ABER
1174 41ST ST.,
BROOKLYN, NY 11218



049J82040360

$01.15⁰
09/17/2009

Mailed From 10007
US POSTAGE

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065