UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIRIAM ABER,                                                                    Docket No. 09-CV-490 (ILG)

                    Plaintiff,

     -against-

AMERICAN SECURITY INSURANCE COMPANY,

                    Defendant.
-------------------------------------------------------------------X
AMERICAN SECURITY INSURANCE COMPANY,

                    Third-Party Plaintiff,

     -against-

NUCHEM ABER,

                    Third-Party Defendant.
-------------------------------------------------------------------X

       AND NOW THIS _____ day of _____, 2010, after considering the Motion of Default Judgment of Defendant/Third Party Plaintiff, IT IS HEREBY ORDERED that a judgment of default be entered against Third Party Defendant Nuchem Aber.


Dated: New York, New York
      February ___, 2010                                      _____

                                       Roanne L. Mann
                                       United States Magistrate Judge