UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MIRIAM ABER,

                Plaintiff,                             **ORDER TO SHOW CAUSE**

    -against-                                            09-CV-490 (ILG)

AMERICAN SECURITY INSURANCE
COMPANY,

                **Defendant.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       Currently pending before this Court is a motion filed by defendant American Security Insurance Corporation ("defendant"), on July 1, 2010, for, among other things, an order enforcing the settlement agreement reached by the parties (including defendant/third-party defendant Nuchem Aber, who has not appeared in the action). Counsel for plaintiff Miriam Aber opposes the motion for sanctions, but joins in defendant's motion to enforce the settlement agreement.

       This is not the first time that Nuchem Aber has ignored his obligations to the Court and the other parties to this action, as he has not responded to the complaint or third-party complaint against him. The Court will tolerate no further derelictions on his part. Nuchem Aber is directed to show cause, in person, on July 23, 2010, at 12:15 p.m., in Courtroom 13C-S, 225 Cadman Plaza East, Brooklyn, NY, why the relief requested by defendant and by plaintiff's counsel should not be granted. Mr. Aber is expressly warned that, if he fails to appear at the scheduled time, the settlement agreement may be enforced and/or a default judgment entered against him, and monetary sanctions imposed on him.

      The Clerk is directed to enter this Order into the ECF system and to send a copy, via Federal Express, to Nuchem Aber at 1174 41st Street, Brooklyn, NY 11218.

      **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
            **July 19, 2010**

                                            **ROANNE L. MANN**
                                            **UNITED STATES MAGISTRATE JUDGE**