**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: 7/23/10
START: 12:30 pm
END: 1:00 pm

DOCKET NO: 09 cv 490

CASE: Aber v. Am. Security Ins

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
✓ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Jonathan Lerner w/ plaintiff Miriam Aber

FOR DEFENDANT: Francis Quinn w/ Jonathan Sparks

3PD Nuchem Aber: Nuchem Aber (pro se)

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT _____ CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Third-party defendant Nuchem Aber, who has not previously appeared in this action, appears in court, pro se, and declines to sign the settlement agreement. He asks for time to retain an attorney. The Court gives him until August 12, 2010, to retain counsel and to respond to defendant American Security Insurance's pending motion for a default judgment (a copy of which is provided to him).

→

Plaintiff Miriam Aber and defendant agree to go forward with the settlement even without the participation of her estranged husband, Nuchem Aber. The settlement agreement, marked Court Exhibit 1, will be filed under seal. Mrs. Aber has signed the agreement.

Plaintiff and defendant will file their stipulation of discontinuance by August 12, 2010. In the interim, defendant withdraws without prejudice its motion to dismiss and for sanctions.