# LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO

A PROFESSIONAL CORPORATION INCORPORATED IN THE COMMONWEALTH OF PENNSYLVANIA

ATTORNEYS AT LAW
420 LEXINGTON AVENUE
GRAYBAR BUILDING
SUITE 2900
NEW YORK, NY 10170
(212) 319-6898

FAX: (212) 319-6932
WWW.LAVIN-LAW.COM

PENNSYLVANIA OFFICE
SUITE 500
190 NORTH INDEPENDENCE MALL WEST
6TH & RACE STREETS
PHILADELPHIA, PA 19106
(215) 627-0303

FAX: (215) 627-2551

NEW JERSEY OFFICE
1300 ROUTE 73
SUITE 307
MT. LAUREL, NJ 08054
(856) 778-5544

FAX: (856) 793-0237

WRITER'S DIRECT DIAL NUMBER
(212) 415-8201

WRITER'S E-MAIL ADDRESS
FQUINN@LAVIN-LAW.COM

August 12, 2010

**Electronic Filing**
Honorable Roanne L. Mann
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Miriam Aber v. American Security Insurance Company
Docket No. 09-CV-490
Our File No. 0591-94910

Dear Judge Mann:

I am happy to report that all aspects of this case have now been resolved as of today. Your Honor had ordered that the Stipulation of Dismissal between Miriam Aber and defendant be filed by today. However with the final resolution of the entire matter a different form of the stipulation is more appropriate. We are not in a position to file that today. Therefore, Mr. Lerner and I would ask that the date for the filing be extended to next Friday, August 20.

Thank you for your kind consideration of this request.

Very truly yours,

Francis F. Quinn

FFQ/jrc

*Application granted.*

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 8/13/10